

APPLICATION GRANTED
SO ORDERED *Vernon Broderick*
VERNON S. BRODERICK
U.S.D.J.  3/18/2026

March 18, 2026

**Via ECF**

| | |
|---|---|
| Hon. Vernon S. Broderick | Hon. Robyn F. Tarnofsky |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Thurgood Marshall United States Courthouse | Daniel Patrick Moynihan U.S. Courthouse |
| 40 Foley Square Room 518 | 500 Pearl Street Room 9B |
| New York, NY 10007 | New York, NY 10007 |

Re:    ***Singh v. Paysafe Ltd. et al.*, 1:26-cv-01048 VSB**

Dear Judge Broderick and Magistrate Judge Tarnofsky,

Plaintiff and Defendants (collectively the "Parties" and defined below) in the above-captioned case, write jointly, pursuant to Rule 1.G of Hon. Judge Broderick's Individual Rules & Practices in Civil Cases, to submit this letter motion for an extension of time for Defendants to respond to the Complaint (defined below).

On February 6, 2026, Plaintiff Satnam Singh filed a Class Action Complaint (the "Complaint", ECF No. 1) against Defendants Paysafe Limited, Bruce Lowthers, and John Crawford (the "Defendants") alleging claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "PSLRA"). The PSLRA provides the procedure to appoint a lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and requires that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(a)(3)(B). In accordance with the PSLRA, the deadline for any putative class member to move for appointment as lead plaintiff is April 7, 2026.

Due to the lead plaintiff process, the Parties have conferred and agreed, subject to the approval of the Court, that Defendants need not respond to the Complaint before any issues as to the appointment of lead plaintiff(s) are resolved, as provided in the stipulation filed concurrently herewith. Accordingly, the parties respectfully request that this Court order that Defendants need not respond to the Complaint. Within fourteen (14) days after such appointment, Defendants and the appointed lead plaintiff shall attempt to stipulate to and present to the Court for its approval a schedule by which Defendants shall respond to the Complaint or any amended complaint superseding the Complaint, as applicable.

This is the Parties' first request for an extension.

Respectfully submitted,

*/s/ Rebecca B. Dawson*
Rebecca B. Dawson
**GLANCY PRONGAY WOLKE &
ROTTER LLP**
230 Park Avenue, Suite 358
New York, New York 10169
Tel: 888.773.9224
rdawson@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East Suite 2100
Los Angeles, CA 90067
Tel: 310.201.9150
rprongay@glancylaw.com
clinehan@glancylaw.com


Howard G. Smith
**LAW OFFICES OF HOWARD G.
SMITH**
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Tel: 215.638.4847
howardsmith@howardsmithlaw.com

**Counsel for Plaintiff Satnam Singh**

*/s/ Craig S. Waldman*
Jonathan K. Youngwood
Craig S. Waldman
Amy L. Dawson
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Tel: 212.455.2000
jyoungwood@stblaw.com
cwaldman@stblaw.com
amy.dawson@stblaw.com

**Counsel for Defendants Paysafe Limited,
Bruce Lowthers, and John Crawford**